■ In the Matter of the Arbitration between THEODORE W. O'NEILL, Appellant, and PATRIOT GENERAL INSURANCE COMPANY, Respondent. [610 NYS2d 765] —Order and judgment (one paper), Supreme Court, Nassau County (Robert Roberto, J.), entered on or about January 7, 1992, which confirmed an arbitration award denying petitioner's claim for uninsured/ underinsured motorist benefits, unanimously affirmed, without costs.

A finding that petitioner did not sustain a "serious injury" as defined by Insurance Law § 5102 (d), or, if he did, that he did not show a causal connection between his alleged injuries and the automobile accident in question, and therefore is not entitled to damages under his uninsured motorist endorsement *(Matter of Commercial Union Ins. Co. v Ewall,* 168 AD2d 247, 249), would not be lacking a rational basis, assuming, in petitioner's favor, that the arbitration was a compulsory one.

We have reviewed petitioner's remaining claims and find them to be without merit. Concur—Rosenberger, J. P., Ellerin, Kupferman, Nardelli and Williams, JJ.

■ WOLFF SELECTIVE BUSINESS BROKERS, INC., Respondent, v MARVIN GINSBERG et al., Appellants. [610 NYS2d 765] —Order, Supreme Court, Westchester County (Aldo A. Nastasi, J.), entered March 30, 1992, unanimously affirmed for the reasons stated by Nastasi, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Kupferman, Nardelli and Williams, JJ.